### IN THE UNITED STATES DISTRICT COURT
### FOR CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GWENDOLYN CALLOWAY and LETINA SLAY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | No. 25-cv-03079-MMM-RLH |
| KASHURI KRIPAKARAN, M.D., et al., | ) ) ) | |
| Defendants. | ) | |

## HIPAA QUALIFIED PROTECTIVE ORDER

THIS CAUSE COMES on the Defendants' Motion for a HIPAA Qualified Protective Order, pursuant to 45 C.F.R. 164.152 of the Health Insurance Portability and Accountability Act (HIPAA) and the Illinois Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/5 et seq.). The Court finds that good cause exists for the entry of a HIPAA Qualified Protective Order to prevent the unauthorized disclosure and direct the use of protected health information during the course of this litigation.

Accordingly, it is hereby ordered:

1. All records produced by the parties to this litigation are produced subject to this Order.

2. This Order applies to any records produced by a covered entity, as defined by 45 C.F.R. 160.103, which has received a request or subpoena for protected health information.

3. This Order authorizes the release of the mental health records for the period of August 2024 to the current date, to counsel of record for the Defendants, and other counsel of record, and authorizes the release of the information by counsel of records for use in this case. Further, prior to the issuance of this Order, each party

or other person entitled to notice was permitted an opportunity to be heard pursuant to 740 ILCS 110/1(b).

4. During the course of this litigation, it may be necessary for the parties or their attorneys to disclose protected health information of the Plaintiff, as that term is defined under the Health Insurance Portability and Accountability Act ("HIPAA") and the Federal Regulations promulgated pursuant to said Act.

    (a) All protected health information disclosed by any of Plaintiff's healthcare providers shall be used for the sole purpose of preparing for or conducting this litigation, including but not limited to investigation, consultation, discovery, depositions, trial preparation, trial, appeal, resolution, mediation, or uses incidental to the proceeding in this case and shall not be disclosed or revealed to anyone not authorized by this Protective Order.

    (b) Protective health information pursuant to this HIPAA Qualified Order may include information related to sexually transmitted disease, genetic testing, HIV, behavioral or mental health services, and treatment for alcohol and drug abuse.

    (c) Protected health information may be disclosed without further notice by any covered entity or healthcare provider, party or parties' attorney, to:

        (1) the parties themselves, parties' attorneys, experts, consultants, any witness or other person retained or called by the parties, treating physicians, other healthcare providers, insurance carriers, or other entities from whom damages, compensation, or indemnity is sought and any entity performing, monitoring, or adjustment activities on behalf of such insurance carrier or other entity and/or their employees, agents, or third party administrators for any of the parties involved in the litigation; in any proceeding for health oversight activities as permitted under 45 C.F.R. 164.512, court reporters, copy services, other similar

vendors to the parties and their attorneys, as well as the professional and support staff of the above.

(2) the parties, and each entity governed by this Order, shall either (a) destroy, or (b) return to the entity who originally produced it, all protected health information, including all copies made; provided, however, that said protected health information may be retained in the files of the entities listed in paragraph (1) above and may be destroyed pursuant to their regular file retention policies so long as the protected health information is maintained in a secure environment.

IT IS SO ORDERED

ENTERED THIS  2nd Day of July 2025

        s/Ronald L. Hanna

_____
US Magistrate Judge